**SO ORDERED.**
**SIGNED 17th day of October, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



**Charles M. Walker**
**U.S. Bankruptcy Judge**

MA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )

ASHLEY WINGARD )
55 SHORT CREEK RD )
DELLROSE, TN  38453 )
)

CASE NO. 25-02326-CW3-13

JUDGE CHARLES M WALKER

SSN XXX-XX-4657

## ORDER TO DISALLOW CLAIM OF

## BANK OF LINCOLN COUNTY (PAYEE BANK OF LINCOLN COUNTY) COURT 'S

## CLAIM #10

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a motion seeking to disallow the claim of BANK OF LINCOLN COUNTY (payee BANK OF LINCOLN COUNTY), and the Trustee has served notice of the motion on the claimant, the debtor, and debtor's counsel, providing them the opportunity to object to the motion; and the Trustee has received no objection to the motion as required by Rule 9013-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore,

ORDERED, that the claim asserted by the creditor below is disallowed as the claim is a duplicate of a previously filed Court's claim 7.

Creditor Name: BANK OF LINCOLN COUNTY (payee BANK OF LINCOLN COUNTY)
Court's Claim Number: 10
Account Number: xxxxxxxx4657

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.